```
 1  C. EMMETT MAHLE, SBN 104069
    Attorney at Law
 2  901 H Street, Suite 203
    Sacramento, CA 95814
 3  (916) 447-1646
    (916) 442-1924(Fax)
 4
    Attorney for Defendant
 5  LESTER HANDS
```



FILED

JUN - 6 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  CR.S-06-0192 |
| Plaintiff, | STIPULATION AND (~~PROPOSED~~) ORDER |
| vs. | |
| LESTER HANDS, | |
| Defendant. | |

STIPULATION

This matter is currently scheduled for Status Conference on June 9, 2006, at 10:00 a.m., in the courtroom of the Honorable Edward J. Garcia, Senior United States District Judge. I have contacted counsel for the United States, Richard J. Bender, and counsel for Co-Defendant Salvador Manzo Garcia, Jr., and both have agreed, subject to the Court's approval, to continue this matter until June 30, 2006, at 10:00 a.m.

This case has just begun, and we are anticipating receiving a large amount of discovery later this week, or early next week. After reviewing these documents, both defense counsel will be in a better position to assess the case. As to named Co-Defendant TAISHAWNA PREJEAN, it is our understanding that she is not yet represented and is still at large.

All parties and the Defendant hereby stipulate to a continuance of the Status Conference now scheduled for June 9, 2006, at 10:00 a.m., in the Courtroom of the Honorable

Edward J. Garcia, to June 30, 2006, at 10:00 in that courtroom. They further stipulate to the exclusion of time through that date pursuant to Local Code T-4, as the continuance is necessary for preparation of counsel.

DATED; 6-6-06 /s/ C. EMMETT MAHLE
C. EMMETT MAHLE
Attorney for Defendant
LESTER HANDS

DATED; 6-6-06 /s/ SCOTT L. TEDMON
SCOTT L. TEDMON
Attorney for Defendant
SALVADOR MANZO GARCIA, JR.

DATED: 6-6-06 /s/ RICHARD J. BENDER
RICHARD J. BENDER
Assistant U.S. Attorney

(PROPOSED) ORDER

GOOD CAUSE APPEARING, and by stipulation of counsel and the defendant, the Status Conference now scheduled for June 9, 2006, at 10:00 a.m., is hereby continued to June 30, 2006, at 10:00 a.m., in the courtroom of the Honorable Edward J. Garcia. Time is excluded through that date pursuant to Local Code T-4.

DATED: 6/6/06

EDWARD J. GARCIA
U.S. District Judge

- 2