1  HAYES H. GABLE III
   Attorney at Law
2  State Bar No. 60368
   428 J Street, Suite 350
3  Sacramento, CA 95814
   (916) 446-3331
4  Fax: (916) 447-2988

5  Attorney for Defendant
   LESTER HANDS
6

7

**FILED**

MAY 2 8 2007

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                    DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  **UNITED STATES OF AMERICA,**          Cr. S-  Cr. S-06-192 EJG

12                 Plaintiff,

13       vs.                              APPLICATION TO UNSEAL FIRST 10-
                                          DAY REPORT AND [PROPOSED]
14  **LESTER HANDS,**                     ORDER

15                 Defendant(s).
                                          Hon. Edward J. Garcia
16

17

18        Defendant, LESTER HANDS, hereby makes application to the Court to unseal the first 10-

19  day report in SW 05-273 (the Salvador Garcia wire).  That report was sealed at the time it was

20  submitted, as directed in the Order Authorizing the Interception of Wire Communications in SW 05-

21  273. Defense counsel has requested to review the report and it is believed that reviewing the report

22  may assist in the settlement of the case.  Government counsel, Assistant U.S. Attorney Richard

23  Bender, has no objection to this request but cannot release the report since it is sealed.  The Court

24  has previously ordered the second 10-day report unsealed and there is no longer a compelling reason

25  //

26  //

27  //

28

1

1 | to maintain the first report under seal.

2 | Dated: May 16, 2007

3 | Respectfully submitted,

4 |

5 | /s/Hayes H. Gable, III
HAYES H. GABLE, III
Attorney for Defendant

6 | LESTER HANDS

7 |

8 | **ORDER**

9 | Good cause appearing,

10 | IT IS HEREBY ORDERED that the application of the defendant to unseal the first 10-day

11 | report in SW 05-273 EJG is GRANTED and the Clerk of the Court is directed to make a copy

12 | available to defense counsel.

13 | Dated: _5/23/07_

14 |

15 | EDWARD J. GARCIA
Senior United States District Judge

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

2



**FILED**

1  McGREGOR W. SCOTT
   United States Attorney                          JAN 0 9 2006
2  RICHARD J. BENDER
   MARY L. GRAD                                 CLERK, U S DISTRICT COURT
3  Assistant United States Attorney             TERN DISTRICT OF CAL'FCP
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone (916) 554-2763                     
5

6

7
                        UNITED STATES DISTRICT COURT
8
                        EASTERN DISTRICT OF CALIFORNIA
9

10

11 IN THE MATTER OF THE APPLICATION  )  Crim.  No. SW-05-273-EJG
   OF THE UNITED STATES OF AMERICA   )
12 FOR AN ORDER AUTHORIZING THE      )      FIRST PERIODIC REPORT
   INTERCEPTION OF WIRE COMMUNICATIONS )
13                                    )      **UNDER SEAL**
                                      )
14

15      This report is submitted pursuant to the order of this court

16 issued December 12, 2005 authorizing the interception of wire

17 communications of Salvador Manzo Garcia (a.k.a. "Salvador Garcia"

18 a.k.a "Big Bird" a.k.a."Chava"), Angel Garcia (a.k.a. Angel Manzo

19 Garcia), Gerardo Manzo Garcia (a.k.a. Gera" a.k.a. "Hedda") and

20 others yet unknown, occurring to and from telephone number (209)

21 241-1942, for a period of thirty (30) days, in connection with an

22 investigation  of Distribution and Possession of Controlled

23 Substances With Intent to Distribute, to wit: Methamphetamine [in

24 violation of Title 21 United States Code Section 841(a)(1)];

25 Unlawful Use of a Communication Facility [in violation of Title

26 21 United States Code Section 843(b)]; and Conspiracy to commit

27 and attempts to commit the aforementioned crimes [in violation of

28 Title 21 United States Code Section 846].  This court included

                                 1

1  provisions in that order that a report be submitted on every
2  tenth day from the date commencement of the interception began
3  (December 12, 2005), showing what progress has been made toward
4  achievement of the authorized objectives and the need for
5  continued interception.  The present report covers the time
6  period from December 12, 2005 until 11:00 PM on December 21,
7  2005.  In all of the conversations monitored, the participants
8  spoke the Spanish language and the English language.

9  **I. DAY-BY-DAY SUMMARY OF THE TELEPHONE CALLS INTERCEPTED,**
10  **MINIMIZATION AND PERTINENT CALLS:**

11  This First Periodic Report gives a summary of the pertinent
12  intercepted conversations to provide the Court with a sense of
13  the nature of the coded language used by the Targets in this
14  case.

15  Technical Malfunctions Since Interception:

16  The following technical malfunctions occurred since interception
17  on December 12, 2005:

18  1) During some of the calls, audio was not heard, only data was
19  retrieved.

20  2) During some of the calls when audio was received, data was
21  not captured.

22  3) During some of the calls, the equipment was unable to capture
23  the incoming/outgoing numbers dialed.

24  4) On December 14, 2005 between approximately 11:00 AM and 1:00
25  PM, the system was shut down due to technical malfunctions.

26  5) On December 13, 2005, the clock on the equipment reverted back
27  to the default time (three hours less than Pacific Standard
28  Time).

2

1  6) On December 13, 2005, during Call #202, the Push to talk (PTT)

2  function froze and the monitor was unable to restore the call.

3  The system froze for approximately fifteen (15) minutes.

4  7) On December 13, 2005, at approximately 10:55 PM, the system

5  froze.  The monitor restarted the computer, however, the computer

6  froze and the monitor was unable to log back in.

7  Overall, a small percentage of system malfunctions occurred

8  during this 10-day report.

9  December 12, 2005:

10 Number of Telephone Calls Intercepted: 128

11 Pertinent Calls: 2

12 Non-Pertinent Calls Over 2 Minutes: 0

13 Non-Pertinent Calls Containing Conversations Which Were Under 2

14 Minutes: 81

15 Total Calls Minimized: 0

16 No Audio Calls/Non-Monitored[1]: 45

17 All non-pertinent calls in excess of two (2) minutes were

18 minimized except for Call #30.

19 In Call # 30 (2 minutes and 26 seconds), Sal was checking

20 messages that were left (10 messages).

21 PERTINENT CALLS:

22 Call #15:  This was an incoming call from 213-268-9613 (unknown

23

24 ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
        [1] The computer equipment used to "count" the number of non-
   monitored calls (calls when the audio recording equipment is
25 disabled) cannot differentiate between calls that are not monitored
   and calls where the system picks up no audio during a call when the
26 calls are monitored.  The "no audio" situation occurs most
   frequently when the user of the target telephone or someone trying
27 to contact the user of the target telephone employs the push-to-talk
   feature, "alerts" and no one responds to the "alert."  For this
28 reason, non-monitored calls and no-audio calls are placed in a
   single category.

                                    3

1  subscriber) to Target Telephone #1 (TT1) at 21:03:40. During this
2  call, an unidentified male (UM) asked Sal (Salvador Garcia) where
3  he (Sal) was and he (Sal) said that he (Sal) was "smoking"
4  (believed to be referring to smoking marijuana) and riding around
5  with "Blue" (Terry Blue).
6  Call #16: This was an incoming call from 209-430-4306 (unknown
7  subscriber) to TT1 at 21:10:03. During this call, the caller
8  (identified as Antonio) asked for "Chava" (a.k.a. for Sal
9  Garcia). Antonio asked Garcia for a "sack" of "kill" (street
10 name for marijuana).
11 December 13, 2005:
12 Number of Telephone Calls Intercepted: 299
13 Pertinent Calls: 3
14 Non-Pertinent Calls Over 2 Minutes: 6
15 Non-Pertinent Calls Containing Conversations Which Were Under 2
16 Minutes: 222
17 Total Calls Minimized: 3
18 No Audio Calls/Non-Monitored: 68
19 All non-pertinent calls in excess of two (2) minutes were
20 minimized except for Call #'s 58, 116, and 166.
21 In Call #58 (2 minutes and 23 seconds), Sal spoke with an
22 unidentified male (UM) about a vehicle being towed and money.
23 This call was intercepted on the second day of the Title III.
24 This call was not intercepted because the agents and the monitors
25 were trying to familiarize themselves with voices and because
26 money was mentioned.
27 In Call #116 (2 minutes and 26 seconds), Sal spoke with an
28 unidentified male (UM) about children and social conversation.

4

1  This call was not minimized because the monitors and the agents
2  were attempting to get a sense of Sal Garcia's family and trying
3  familiarize themselves with the voice of the UM.
4  In Call #166 (2 minutes and 16 seconds), Sal Garcia was
5  retrieving messages from his Nextel cell phone.
6  PERTINENT CALLS:
7  Call #120: This was an outgoing call from TT1 to 209-649-5233
8  (unknown subscriber) at 7:10:24. During this call, the UM told
9  Sal Garcia that the UM was going to be dealing with this other
10  guy. Sal told the UM that the UM should not deal with the other
11  guy because the other guy's stuff was of poor quality. Sal said
12  that his (Sal's) cousin was supposed to be here last night, but
13  he (Sal) fell asleep. Sal asked where the UM was and the UM said
14  at the shop.

15      During this conversation, I believe that another person was
16  trying to purchase drugs from another source because Sal did not
17  have anything available. Sal tried to explain that his ("Sal's)
18  cousin was supposed to come around last night and bring some
19  drugs, but Sal fell asleep.

20  Call #186: This was an incoming call from 209-467-7986
21  (subscribed to Patricia Grayson) to TT1 at 16:49:02. During this
22  call, the caller, identified as Jackie, called Sal Garcia and
23  asked for "something different." Sal said "bigger pieces" and
24  Jackie responded "but is it good?". Sal said "yes" and said that
25  he would be at her house in 20 to 30 minutes.

26  I believe that "Sal" was going to be making a delivery of drugs
27  (unsure what drug, possible either methamphetamine or cocaine
28  base) to Jackie.

5

1  Call #38 (Push To Talk): This was an outgoing call from TT1 to
2  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 (PTT) at 21:49:42. The subscriber is unknown.  During
3  this call, Sal Garcia spoke with a UM and the UM said that he
4  (UM) had "about a half a tank of something" and for Sal to call
5  him (UM).    The UM said that he (UM) was in the "dirty north."
6  I believe that the UM, when talking "about a half a tank of
7  something", was referring to either drugs or money.
8  December 14, 2005:
9  Number of Telephone Calls Intercepted: 294
10  Pertinent Calls: 6
11  Non-Pertinent Calls Over 2 Minutes: 2
12  Non-Pertinent Calls Containing Conversations Which Were Under 2
13  Minutes: 205
14  Total Calls Minimized: 0
15  No Audio Calls/Non-Monitored: 81
16  All non-pertinent calls in excess of two (2) minutes were
17  minimized.
18  Call# 213:  This was an incoming call from 209-0271-0243
19  (subscribed to Raquel Vivero) to TT1 at 6:39:49.  During this
20  call, the caller identified himself as "El Gordo."   The UM asked
21  if Sal Garcia brought the "things" (believed to be referring to
22  drugs).  Sal told the UM that he (Sal) has not yet bought the
23  "things" and that he (Sal) will get a truck and gather them to go
24  shopping.  I.believe the UM was asking Sal if he (Sal) had
25  received a shipment of drugs and Sal said that was going to pick
26  them up ("go shopping").
27  Call #318:  This was an incoming call from 209-688-0840
28  (subscribed to Kelly Clayton) to TT1 at 21:10:29.  During this

6

1 call, an unidentified female called Sal Garcia and asked where
2 she (UF) can get some "tree" (marijuana).  Sal gives the UF a
3 telephone number to call (518-5390) and Sal said that that number
4 was "Clarence's" phone number.
5 Call #243 (PTT):  This was an incoming PTT call from
6 316010100021173 (unknown subscriber) to TT1 at 7:47:52.  During
7 this call, Sal was speaking with a UM about smoking a "purple
8 one" (marijuana).  The term "purple" refers to marijuana.
9 Call #267 (PTT):  This was an incoming call from 316010101173061
10 (unknown subscriber) to TT1 at 16:27:16.  During this call, Sal
11 Garcia spoke with a UM.  Sal told the UM that he (Sal) was at
12 home getting ready to "cook the dough" that was there.  I
13 believe that Sal was telling the UM that he (Sal) was going to
14 "cook" or make "crack" cocaine.
15 Call #300:  This was an outgoing call from 126-925-9753 (unknown
16 subscriber) to TT1 at 18:41:19.  During this call, a UM was
17 telling Sal Garcia that he (UM) was trying to get some "shit to
18 go tripping."  I believe that the UM was trying to purchase some
19 drugs from Sal.
20 Call #349 (PTT):  This was an incoming call (PTT) from
21 316010022526879 (unknown subscriber) to TT1.  During this call,
22 the UM spoke with Sal Garcia about smoking "weed" (marijuana).
23 December 15, 2005:
24 Number of Telephone Calls Intercepted: 188
25 Pertinent Calls: 12
26 Non-Pertinent Calls Over 2 Minutes: 6
27 Non-Pertinent Calls Containing Conversations Which Were Under 2
28 Minutes: 91

7

1 Total Calls Minimized: 4

2 No Audio Calls/Non-Monitored: 89

3 All non-pertinent calls in excess of two (2) minutes were
4 minimized except for Call #'s 420 and 560.

5 In Call #420 (2 minutes and 02 seconds), Sal spoke with Terry
6 Blue.  During this call, Sal Garcia and Blue were making
7 arrangements to meet at a Denny's Restaurant.  Terry Blue is a
8 known associate of Sal Garcia's and is believed to have an
9 integral part in the drug distribution network for Sal Garcia.
10 Blue has prior arrests for cocaine.

11 In Call #560 (2 minutes and 37 seconds), Sal was speaking with an
12 individual who is identified as "Hyena."  Since interception, we
13 have intercepted calls between Sal Garcia and Hyena that were
14 drug related.  During this call, Sal and "Hyena" were talking
15 about "smoking" (believed to be smoking marijuana) and money
16 amounts.

17 PERTINENT CALLS:

18 Call #433 (PTT):  This was an incoming call (PTT) from
19 316010022526879 (unknown subscriber) to TT1.  During this call,
20 Sal Garcia was speaking with a UM about going to Mississippi and
21 collecting "cheddar" (believed to be referring to money).  Also
22 during this conversation, Sal and the UM were talking about
23 prices for "purple" (street name for marijuana).

24 Call #458 (PTT): This was an incoming call from 152-157839-1
25 (Mexico PTT with an unknown subscriber) to TT1 at 16:19:52.
26 During this call, Sal Garcia spoke with an unidentified male
27 (UM).  The UM asked how Sal was doing and Sal replied "dry"
28 (referring to a low quantity of drugs.  The UM said that he (UM)

8

1 knew someone that had some drugs that were really worth the money
2 and asked if Sal was interested. Sal asked "how many?."
3 Call #459 (PTT): This call is directly related to PTT Call #458.
4 During this call, Sal spoke with the UM and the UM said that the
5 guy was bringing the number eight. The UM said that the guy was
6 not making anything on the deal. Sal Garcia asked if the photos
7 were large and the UM said that they were beautiful.    Sal said
8 that he (Sal) needed to call a friend. I believe that  the UM
9 said that he (UM) knew a guy that had eight pounds of
10 methamphetamine and needed to know if Sal was interested in
11 purchasing them.

12 Call #463 (PTT):  This call is directly related to PTT Call #'s
13 458 and 459. During this call, Sal Garcia was speaking with a UM
14 about purchasing methamphetamine. Sal asked the UM if there were
15 a lot or just a few. The UM told Sal to have the money because
16 they are going to bring it from San Jose (San Jose, CA). Sal
17 again tells the UM that he (Sal) needs to call his (Sal's)
18 friends and if they (Sal's friends) have the money, I'll call
19 you.

20 Call #471 (PTT): This call is directly related to Call # 463
21 (PTT).  During this call, Sal spoke with a UM. Sal told the UM
22 that he (Sal) spoke to a couple of friends. Sal told the UM that
23 his (Sal's) friends want to see it first before taking them.  Sal
24 continued by saying that if those are good, they only want 7 or 8
25 (believed to be referring to 7 or 8 pounds of methamphetamine).
26 Sal said that they are interested, however, his (Sal's) guys want
27 to see it (methamphetamine) first. The UM told Sal that he (UM)
28 makes no money on the "meta" (methamphetamine) and, in fact, he

9

1  (UM) is selling it at cost just as it had been offered to his
2  friend.

3  Call #472 (PTT): This call is directly related to Call # 471
4  (PTT).  During this call, Sal told the UM that he (Sal) needed 2
5  (believed to be referring to 2 pounds of methamphetamine) on hand
6  to see what they look like because his (Sal's) friends think that
7  if they (Sal's friends) like it they (Sal's friends) will ask the
8  UM to bring them more.

9  Call #488 (PTT): This was an outgoing call (PTT) from
10 316010100036345 (unknown subscriber) to TT1 at 18:12:22.  During
11 this call, Sal Garcia spoke with a UM and said that he (Sal) was
12 with his (Sal's) boy and will be there for the next 10 minutes
13 and if he (UM) doesn't get there then he (Sal) is going to let
14 someone else get it.  The UM told Sal to tell the guy to hold on
15 and to give him (UM) 15 minutes.   I believe that Sal was asking
16 a UM if he (UM) wanted to meet and purchase drugs.

17 Call #498 (PTT): This was an outgoing call from 117-161198-3
18 (PTT) to TT1 at 18:40:57.  During this call, Sal Garcia spoke
19 with a UM and the UM said that he (UM) was up north "paying some
20 bills" and can be there in 20 minutes.  I believe that the UM,
21 when he (UM) said "paying some bills", he (UM) was selling drugs.

22 Call #541 (PTT):  This was an outgoing call from 152-157839-1
23 (PTT) to TT1 at 19:46:01.  During this call, a UM told Sal
24 Garcia that yesterday he (UM) sent 15 (believed to be referring
25 to 15 pounds of methamphetamine) from Los Mochis (town in
26 Mexico), and that he (UM) is going to try to send him at least 4
27 (4 pounds of methamphetamine).

28 ///

10

1  Call #542 (PTT): This was an incoming call from 152-157839-1
2  (PTT) to TT1 at 19:47:15.  This call is directly related to Call
3  # 541.  During this call, Sal said that now he (Sal) was on "dry
4  out."  The UM said that in Las Vegas it was more expensive
5  (drugs).  The UM invited Sal to get together and draft some plans
6  (plans on how to distribute drugs).  The UM said that he (UM)
7  will help Sal.  I believe that Sal was telling the UM that he
8  (Sal) was "dry" (did not have a large quantity of drugs on hand).
9  The UM and Sal also spoke about the drug business in Las Vegas.
10  Call #'s 566 and 567 (PTT).  These were incoming calls from 116-
11  70-2219 (PTT) to TT1 at 20:29:37 and 20:31:40.  During these
12  calls, Sal spoke with a UM (identified a Terry Blue).  Terry Blue
13  is in Las Vegas.  Sal calls Blue "cupcake."  Sal said that he
14  (Sal) was smoking weed (marijuana).  Blue said that he was
15  returning from Las Vegas on Saturday or Sunday.  Sal tells Blue
16  that they will be pushing it (believed to be referring to
17  distributing drugs) on Monday.
18  December 16, 2005:
19  Number of Telephone Calls Intercepted: 244
20  Pertinent Calls: 5
21  Non-Pertinent Calls Over 2 Minutes: 0
22  Non-Pertinent Calls Containing Conversations Which Were Under 2
23  Minutes: 89
24  Total Calls Minimized: 0
25  No Audio Calls/Non-Monitored: 140
26  All non-pertinent calls in excess of two (2) minutes were
27  minimized.
28  ///

11

PERTINENT CALLS:

Call #340:  This was an incoming call from 209-430-4229 (unknown subscriber) to TT1 at 18:31:10.  During this call, Sal spoke with a UM (identified as Matt).  Sal asked Matt if he (Matt) needed 7 and Matt replied 3.5.  Sal said that he (Sal) would call him (Matt) when he (Sal) was by the house.  I believe that Sal was going to sell Matt 3.5 ounces or 3.5 pounds of an unknown drug to Matt.

Call #690 (PTT):  This was an outgoing call from 126-923-5373 (PTT subscribed to Juan Contreras) to TT1 at 17:07:22.  During this call, Sal spoke with a UM who said that he (UM) was with "Shady."  The UM said that he (UM) and "Shady" were going to drop off a load (unknown drug) right now at another location.  The UM and Sal Garcia agreed to meet in a half hour.

Call #710 (PTT):  This was an outgoing call from 126-923-5373 (PTT-unknown subscriber) to TT1 at 18:10:20.  During this call, Sal spoke with a UM and the UM told SA to be ready to smoke a "blunt" (marijuana cigarette) with him (UM).

Call #763 (PTT): This was an outgoing call from 316010101173061 (PTT-subscribed to Juan Terrace) to TT1 at 22:11:48.  During this call, Sal spoke with Hyena and talked about "purple" and "grapes" (street names for marijuana).

Call #795 (PTT): This was an incoming call from 316010100038555 (PTT-subscribed to Joe Gutierrez) at 22:52:06.  During this call, Sal Garcia spoke with a UM.  Sal and the UM were talking about money that Sal owed the UM for a drug debt.  Sal and the UM agreed to meet on 12/17/2005 at the store to talk about money that was owed to the UM.

12

1 | December 17, 2005:

2 | Number of Telephone Calls Intercepted: 284

3 | Pertinent Calls: 25

4 | Non-Pertinent Calls Over 2 Minutes: 1

5 | Non-Pertinent Calls Containing Conversations Which Were Under 2

6 | Minutes: 164

7 | Total Calls Minimized: 1

8 | No Audio Calls/Non-Monitored: 94

9 | All non-pertinent calls in excess of two (2) minutes were

10 | minimized.

11 | PERTINENT CALLS:

12 | Call #411: This was an incoming call from 209-808-1105 to TT1 at

13 | 22:31:36. During this call, a UM asked Sal Garcia if he (Sal)

14 | wanted to pick it up now or send for his (Sal's) seven right now

15 | or wait until morning. Sal said that he (Sal) might as well go

16 | and pick up the tickets (referring to money) now otherwise he'll

17 | (Sal) have his (Sal's) cousin on his back. I believe that Sal

18 | was going to pick up money from the UM for a possible drug debt.

19 | Call #846 (PTT): This was an incoming call from 316010022500857

20 | (PTT-subscribed to Fatima Hinojosa) to TT1 at 13:07:01. During

21 | this call, Sal Garcia spoke with a UM and the UM said "do I grab

22 | three, dude?." Sal responded "yes". The UM told Sal to go to

23 | his (UM's) house and go into the back shed and he'll (UM) will be

24 | there in 5 minutes. I believe that the UM asked Sal if he (UM)

25 | could grab 3 ounces or 3 pounds of an unknown drug and was going

26 | to the UM's house to meet Sal in the back shed.

27 | Call #928 (PTT): This was an outgoing call from 117-74752-17

28 | (PTT-subscribed to Fatima Hinojosa). During this call, the UM

13

1   said that they need 3 more. I believe that the UM was asking Sal
2   Garcia if he (UM) could get 3 more ounces or pounds of a drug to
3   sell and was asking permission to get 3 more.
4   December 18, 2005:
5   Number of Telephone Calls Intercepted: 352
6   Pertinent Calls: 19
7   Non-Pertinent Calls Over 2 Minutes: 3
8   Non-Pertinent Calls Containing Conversations Which Were Under 2
9   Minutes: 216
10  Total Calls Minimized: 1
11  No Audio Calls/Non-Monitored Calls: 109
12  All non-pertinent calls in excess of two (2) minutes were
13  minimized except for Call #'s 554 and 1220 (PTT).
14  In Call # 554 (2 minutes and 27 seconds), Sal Garcia was checking
15  voice mail messages.
16  In Call #1220 (2 minutes and 40 seconds), Sal Garcia was talking
17  with a UM using a cellular phone subscribed to by Fatima
18  Hinojosa. Since interception, we have intercepted the user of
19  this phone in drug related calls.
20  PERTINENT CALLS:
21  Call #416: This was an incoming call from 209-808-1105 (unknown
22  subscriber) to TT1 at 12:12:50. During this call, the UM tells
23  Sal that his (UM's) "homie" says that he (UM's "homie") has that
24  "bird" in front of him and it is cool as a mother fucker.  I
25  believe the tern "bird" refers to a kilogram of cocaine. SA said
26  that he (Sal) wanted to see a 28 year old and see how much the 28
27  year old will pay him (Sal). Sal asked how much was a 28 year
28  old and the UM said that he (UM) will call him back. I believe

14

1 that Sal wanted to get a sample ounce (28.3 grams for an ounce)
2 from the kilogram to see the quality before he (Sal) decided to
3 purchase it ("bird").

4 Call #1093 (PTT): This was an outgoing call from 117-74752-17
5 (PTT-subscribed to Fatima Hinojosa) to TT1 at 12:25:41. During
6 this call, the UM and Sal spoke about making cocaine base. The
7 UM told Sal that he (UM) had customers that needed some drugs
8 within 2 hours. Sal told the UM that he (Sal) was going to pull
9 over and pick up a "tray." I believe that the term "tray" refers
10 to an unspecified amount of drugs.

11 Call #421: This was an incoming call from 209-640-1009 (unknown
12 subscriber) to TT1 at 13:14:33. During this call, Sal Garcia
13 spoke with a UM who was interested in purchasing a "ventanilla"
14 (little window in Spanish). I believe that the UM was trying to
15 make an ounce purchase of methamphetamine from Sal Garcia.
16 Call #1106 (PTT): This was an outgoing call from 117-74752-17
17 (PTT-subscribed to Fatima Hinojosa) at 13:29:38. During this
18 call, Sal spoke with a UM. Sal told the UM that he (Sal) was in
19 the kitchen "doing that thing, I'm almost done." The UM,
20 identified as "Pipos", asked Sal to rock it up. I believe that
21 Sal was at a residence cooking/making "crack" cocaine for
22 "Pipos."

23 Call #1109 (PTT): This was an outgoing call from 117-74752-17
24 (PTT-subscribed to Fatima Hinojosa) at 13:31:21. During this
25 call, Sal Garcia spoke with a UM about money that was owed to
26 Sal. The amount of money owed was not mentioned in the
27 conversation. There was mention of the UM's "little stack."
28 ///

15

1  Call #s 1132 and 1133(PTT):  These were incoming calls from
2  316010022500857 (PTT-subscribed to Fatima Hinojosa) to TT1 at
3  16:42:40 and 16:43:31.  During these calls, Sal spoke with a UM,
4  identified as "Pipos" during the call.  Sal asked "Pipos" if it
5  could be done with 6 young girls, in like 3 hours. I believe that
6  Sal was talking with "Pipos" about making 6 ounces of "crack"
7  cocaine within 3 hours.

8  Call #1136 (PTT): This was an outgoing call from 117-74752-17
9  (PTT) to TT1 at 16:51:50.  Sal spoke with a UM about trees
10 (marijuana).

11 Call #s 436 (outgoing to 209-808-1105), 437 (209-640-1009), and
12 442 (209-463-1197) were calls to individuals about collecting
13 money and selling small amounts of drugs.

14 Call #442:  This was an incoming call from 209-0463-1197
15 (subscriber to Raquel Vivero) to TT1
16 at 18:04:17. During this call, a UM was asking Sal Garcia to
17 deliver drugs.

18 Call # 467:  This was an incoming call from 831-235-3551 (unknown
19 subscriber) to TT1 at 19:09:25.  During this call, I believe that
20 Angel (possible Angel Garcia, brother of Salvador) was using TT1
21 during this call. The caller, an unidentified male, asked for
22 Angel and said that he (UM) was going to have 2 G's ($2000) for
23 Angel.  I believe this money was owed to Angel Garcia for a past
24 drug debt.

25 Call #1166 (PTT):  This was an incoming call from 316010100019509
26 (PTT-subscribed to by Julian Minzo) at 18:51:29.  During this
27 deal, a UM asked for 4 girls.  I believe that the UM was asking
28 for a quantity of drugs either 4 ounces or 4 pounds of an

16

1  unspecified drug.

2  Call #1167 (PTT):  This was an outgoing call from 316010100019509
3  (PTT-subscribed to by Julian Minzo) at 18:52:00.  Sal and a UM
4  spoke about prices for "crack" cocaine.

5  Call #1168 (PTT):  This was an outgoing call from 116-78-11095
6  (PTT-subscribed to Julian Minzo) to TT1 at 18:52:40.  This call
7  is directly related to Calls 1166 and 1167.  Sal and the UM were
8  talking about 3 for 150.  I believe that Sal and the UM were
9  talking about an unspecified drug.

10  Call #1173 (PTT):  This was an outgoing call from 117-74752 (PTT-
11  subscribed to Fatima Hinojosa) to TT1 at 19:15:23. During this
12  call, Sal Garcia and a UM were talking about meeting in 30
13  minutes to consummate a drug transaction.

14  Call #1176 (PTT):  This was an incoming call from 316010022500857
15  (PTT-subscribed to Fatima Hinojosa) to TT1 at 20:29:01.  During
16  this call, the UM asked for a 28 year girl and Sal Garcia said
17  that he (Sal) was going to heat it up.  I believe that Sal and
18  the UM were talking about "crack" cocaine.

19  Call #1180 (PTT):  This was an incoming call from 316010022500857
20  (PTT-subscribed to Fatima Hinojosa) to TT1 at 20:48:41.  During
21  this call, Sal Garcia spoke with a UM about getting 3 ounces or
22  pounds of an unspecified drug.

23  Call #s 1202 and 1227 (PTT):  These were incoming calls to TT1
24  that were about smoking marijuana.

25  December 19, 2005:

26  Number of Telephone Calls Intercepted: 301

27  Pertinent Calls: 10

28  Non-Pertinent Calls Over 2 Minutes: 3

17

1 Non-Pertinent Calls Containing Conversations Which Were Under 2
2 Minutes: 225

3 Total Calls Minimized: 2

4 No Audio Calls/Non-Monitored: 63

5 All non-pertinent calls in excess of two (2) minutes were
6 minimized except for Call # 1254 .

7 In Call # 1254 (2 minutes and 07 seconds), Sal was speaking with
8 a UM about smoking "weed" (marijuana).

9 PERTINENT CALLS:

10 Call #569: This was an incoming call from 209-351-2286 (unknown
11 subscriber) to TT1 at 10:23:47. During this call, a UM asked for
12 Sal Garcia to bring him (UM) a small one or a teenager.   I
13 believe that a UM was asking Sal to bring a small quantity of an
14 unspecified quantity of drugs.

15 Call #1250 (PTT): This was an out going call from 126-923-5373
16 (PTT-subscribed to Juan Contreras) to TT1 at 10:47:20.   During
17 this call, a UM, identified as nephew, called Sal Garcia and said
18 that they need to look for trees (marijuana).

19 Call #587: This was an incoming call from 209-271-5734 (unknown
20 subscriber) to TT1 at 13:31:48. During this call, Sal spoke with
21 a UM about selling a small quantity of drugs. The UM said that
22 he (UM) needed to purchase the drugs quickly because he (UM)
23 needed to go to Linden, CA soon after the deal.

24 Call #631: This was an incoming call from 209-887-2659 (unknown
25 subscriber) to TT1 at 18:44:53. During this call, the UM in Call
26 #587 was asking Sal Garcia where he (UM) can meet to give him
27 (Sal) money for a past drug debt. Sal told the UM that he (UM)
28 should leave money at a residence off of Dallas in the Conway

18

1  area of Stockton, CA.

2  Call #'s 632, 647, 650, 655 and 660:  These were incoming calls
3  from 209-463-1197 (hardline subscribed to Raquel Vivero) to TT1.
4  During these calls, a UM, identified during the call as "Gordo",
5  told Sal Garcia that he ("Gordo") had his (Sal's) money.  I
6  believe that "Gordo" owed money to Sal for a past drug debt.
7  Call #681:  This was an incoming call from 209-271-0243 (cellular
8  telephone subscribed to Raquel Vivero) to TT1 at 23:02:48.
9  During this call, a UM, who identifies himself as "Gordo" asked
10  Sal how much for a girl of 16.  I believe that "Gordo" wanted to
11  purchase a pound of an unspecified drug.

12  December 20, 2005:

13  Number of Telephone Calls Intercepted: 192

14  Pertinent Calls: 18

15  Non-Pertinent Calls Over 2 Minutes: 1

16  Non-Pertinent Calls Containing Conversations Which Were Under 2
17  Minutes: 119

18  Total Calls Minimized: 0

19  No Audio Calls/Non-Monitored: 47

20  All non-pertinent calls in excess of two (2) minutes were
21  minimized except for Call # 1543 .

22  In Call # 1543 (2 minutes and 04 seconds), Sal Garcia spoke with
23  a UM who was utilizing a cell phone subscribed to Juan Terrace.
24  During this call, Sal was talking with the UM about vehicles that
25  he (Sal) was observing while he (Sal) was driving around town.

26  PERTINENT CALLS:

27  Call #713:  This was an incoming call from 209-887-2659 (unknown
28  subscriber) to TT1 at 12:56:13.  During this call, a UM called

19

1 Sal Garcia and asked Sal to "bring another one" and Sal asked the
2 UM to bring the money. Sal and the UM talked about the
3 transaction occurring at the K-Mart Store in Stockton, CA. I
4 believe that Sal Garcia was going to sell the UM either one ounce
5 or one pound of an unspecified drug.
6 Call #s 718, 722 and 723: These were incoming calls from 209-887-
7 2659 (unknown subscriber) to TT1 at 19:36:45. During these
8 calls, Sal Garcia spoke with a UM whom Sal identified as Adan.
9 Adan asked Sal if "that stuff" was ready and Sal asked Adan "are
10 you ready?". I believe that Adan wanted to make a purchase of an
11 unknown drug and Sal Garcia wanted to know if Adan had money.
12 Adan was asking to purchase a half of an unspecified drug.
13 Call #1443: This was an outgoing call to 117-74752-17 (PTT-
14 subscribed to Fatima Hinojosa) at 14:15:31. During this call,
15 Sal spoke to a UM about getting together later to conduct a drug
16 transaction. At the time of the call, the UM was in "Frisco (San
17 Francisco)" and Sal Garcia was going to be conducting other drug
18 business. Sal told the UM that he (Sal) would call the UM when
19 he (Sal) "posts back" (returns from doing his drug business).
20 Call #s 1460, 1464, 1486, 1501, 1503, 1508, 1509, 1511, 1515 to
21 1517, and 1519 to 1521: These were calls from/to a Nextel
22 cellular telephone subscribed to Fatima Hinojosa. The user of
23 this phone has not been positively identified. The
24 aforementioned calls between Sal Garcia and the user of the phone
25 subscribed to Hinojosa are related to the distribution of "crack"
26 cocaine. There is also mention that Sal had made ("put
27 together") drugs. I believe that Sal was talking about "crack"
28 cocaine.

1  Call #1482 (PTT): This was an outgoing call from TT1 to 117-
2  164189-17 (PTT-subscribed to Maria Cachua) at 16:23:37. During
3  this call, Sal spoke to a UM, identified as Larry, about the UM
4  being pulled over by the police and they (police) took his
5  (Larry's) shit (marijuana). Later in the conversation, Sal
6  spoke with Larry about an individual by the name of "Cholo" that
7  was shot by the police at the Red Sea Market. Sal told Larry
8  that he (Sal) thought that the "gooks" (Asians) were responsible
9  for the shooting. Agents Note: Agents learned that someone was
10 shot at the Red Sea Market by an officer with the San Joaquin
11 County Sheriff's Office.

12 December 21, 2005:

13 Number of Telephone Calls Intercepted: 272

14 Pertinent Calls: 5

15 Non-Pertinent Calls Over 2 Minutes: 1

16 Non-Pertinent Calls Containing Conversations Which Were Under 2
17 Minutes: 231

18 Total Calls Minimized: 1

19 No Audio Calls: 35

20 All non-pertinent calls in excess of two (2) minutes were
21 minimized.

22 PERTINENT CALLS:

23 Call #912: This was an incoming call from 209-948-3205
24 (subscribed to Juan Terrace) to TT1 at 20:22:00. During this
25 call, a UM left a message for Sal Garcia saying that if he (Sal)
26 doesn't have it (believed to be referring to drugs), or something
27 is bothering him (Sal) to say so. I believe that the UM wanted
28 to know if Sal had any drugs on hand so that the UM could make a

21

1 purchase.

2 Call #920: This was an incoming call from 209-948-3205
3 (subscribed to Juan Terrace) to TT1 at 20:43:42. During this
4 call, a UM (same as in call #912) again left a message for Sal
5 Garcia that he (UM) needs some (believed to be referring to drugs
6 tonight) and that maybe by tomorrow, his (UM's) peoples will not
7 "fuck" (deal with) with him (UM) tomorrow. I believe that the UM
8 was basically asking Sal if you (Sal) have drugs, let me know
9 otherwise my buyers will not deal with the UM.

10 Call #1550 (PTT): This was an outgoing call from 316010022396785
11 (PTT-subscribed to Diana Molina) to TT1 at 10:29:59. During this
12 call, a UM, identified as "D", told Sal that a guy was going to
13 be "bringing it" to you. I believe that "D" was telling Sal that
14 someone was going to be bringing him (Sal) some money (believed
15 to be for a past drug debt).

16 Call #s 1569 and 1580 (PTT): These were calls from/to 117-74752-
17 17 (PTT-subscribed to Fatima Hinojosa) from/to TT1 at 16:37:10
18 and 18:14:48. During these call's, Sal spoke with a UM,
19 identified as "D." Sal Garcia and "D" spoke about Sal finding
20 "4" that were already made. I believe that Sal was referring to 4
21 ounces of "crack" cocaine that he (Sal) made. "D" also told Sal
22 that there was a customer ("Frank") that wanted to stop by Sal's
23 house and pick up 1 and a half (believed to be referring to 1 and
24 a half ounces of "crack" cocaine).

25 **II. PROGRESS TOWARD THE GOALS OF THE INVESTIGATION:**

26      Interception began on 12-12-2005. The investigation
27 positively identified an associate responsible for distribution
28 of drugs to Las Vegas, NV and Atlanta, GA as being Terry Blue.

22

1  In a call intercepted on 12-19-05, Blue told Sal that he (Blue)
2  had spoken with "Carlos" in Atlanta and was asking if SA was
3  going to put it together. Sal said that he (Sal) would let Blue
4  know. It is believed that in addition to living in the Stockton,
5  CA area, Blue also lives and distributes drugs in Las Vegas, NV.
6  Blue has talked with Sal about distributing drugs in Mississippi.
7  The investigation has identified a methamphetamine source who
8  utilizes a Mexico Nextel telephone. Sal Garcia addresses the
9  source as "Primo" or cousin. The intercepted calls between Sal
10 Garcia and "Primo" have involved methamphetamine in large
11 quantities (7 to 15 lbs.). On one of the calls intercepted,
12 "Primo" invited Sal to go to Guadalajara, MX to view his
13 operation.

14      Surveillance has been proactive during the last 10 days and
15 there were several occasions during which the surveillance teams
16 were close to make traffic stops on potential load vehicles.
17 The objective of this investigation, if possible, would be to try
18 and "spin" to the Mexico Nextel and intercept calls relative to
19 the distribution of drugs in the Central Valley of California.
20 Another objective of law enforcement would be to try and traffic
21 stop load vehicles associated with the organization in hopes of
22 trying to fully identifying members of the Salvador Garcia Drug
23 Trafficking Organization (DTO).

24 ///
25 ///
26 ///
27 ///
28 ///

23

1      This report is to be filed under seal until further order of
2   this Court.
3
4   Dated: December 22, 2005
5
6                                    Respectfully submitted,
7                                    McGREGOR W. SCOTT
                                     United States Attorney
8
9                               By:  Mary L. Grad
                                     Mary L. Grad
10                                   Assistant U.S. Attorney
11  Reviewed by me this **22** day of December, 2005.
12
13                         EDWARD J. GARCIA
                           United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                24